IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D'ANGELO & EURELL<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED WORLD SPECIALITY INSURANCE COMPANY, *et al.,*<br><br>Defendants. | :<br>:<br>:<br>:  Civil Action No.: 2:23-cv-00397<br>:<br>:<br>:<br>: |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Defendant, Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company ("Defendant" or "Allied World"), by its attorneys Kennedys CMK, LLP, hereby moves this court to dismiss Counts I and II of Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in Allied World's accompanying memorandum of law, which is being filed contemporaneously herewith.

**WHEREFORE**, Defendant Allied World Specialty Insurance Company f/k/a Darwin National Assurance Company respectfully requests that its Motion to Dismiss be granted, and that Plaintiffs' Amended Complaint be dismissed in its entirety with prejudice.

                 **KENNEDYS CMK LLP**

        By: */s/ Sean P. Mahoney*
           Sean P. Mahoney (PA Bar I.D. 90313)
           Eileen M. Bradley (PA Bar I.D. 926457)
           1600 Market Street | Suite 1410
           Philadelphia, PA 19103
           Phone: 267-479-6700
           Sean.Mahoney@kennedyslaw.com
           Eileen.Bradley@kennedyslaw.com

           *Attorneys for Defendant*

*Allied World Specialty Insurance Company*
*f/k/a Darwin National Assurance Company*

Dated:  February 28, 2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| **D'ANGELO & EURELL** | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.: 2:23-cv-00397 |
| | : | |
| **ALLIED WORLD SPECIALITY INSURANCE COMPANY**, *et al.,* | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Sean P. Mahoney, hereby certify that on February 28, 2023, a true and correct copy of the foregoing Motion to Dismiss and accompanying Memorandum of Law in Support has been filed with the Clerk for the United States District Court for the Eastern District of Pennsylvania and is available for viewing and downloading on the ECF system.

**KENNEDYS CMK LLP**

By:  */s/ Sean P. Mahoney*
Sean P. Mahoney (PA Bar I.D. 90313)
Eileen M. Bradley (PA Bar I.D. 926457)
1600 Market Street, Suite 1410
Philadelphia, PA 19103
Phone: 267-479-6700
Sean.Mahoney@kennedyslaw.com
Eileen.Bradley@kennedyslaw.com

*Attorneys for Defendant,*
*Allied World Specialty Insurance Company f/k/a*
*Darwin National Assurance Company*

Dated: February 28, 2023

Case 2:23-cv-00397-JFM     Document 13     Filed 02/28/23     Page 4 of 4