IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D'ANGELO & EURELL, DAVID S. D'ANGELO, DAVID S. D'ANGELO AND CHRISTOPHER S. D'ANGELO, CO-EXECUTORS OF THE ESTATE OF GEORGE A. D'ANGELO, DECEASED, FOR HIMSELF AND TRADING AS D'ANGELO & EURELL | : CIVIL ACTION : : : : : : : |
| v. | : NO. 23-397 : |
| ALLIED WORLD SPECIALITY INSURANCE COMPANY | : : : |

## ORDER

AND NOW, this 21st day of August 2025, in light of our June 5, 2025 order (DI 98), the parties' stipulation regarding judgment (DI 105), and for reasons in the accompanying memorandum, it is **ORDERED** summary judgment is **GRANTED** for defendant pursuant to Rule 56(f). The Clerk of Court shall **close** this case.

_____
MURPHY, J.